In the Matter of the Petition of ALFRED J. HUDSON for an Order of Mandamus against JOHN J. RYAN, as Collector of Assessments and Arrears of the City of New York, et al., Appellants.

EDWARD RIEGELMANN, as President of the Borough of Brooklyn, Intervener, Respondent.

*Tax — New York city — reduction of assessment for local improvement.*

*Matter of Hudson* v. *Ryan*, 209 App. Div. 884, affirmed.

(Argued January 19, 1925; decided February 3, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 2, 1924, which affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the collector of assessments and arrears of taxes to cancel of record two-thirds of an assessment levied against petitioner's property for a local improvement in the borough of Brooklyn in the year 1921.

*James R. Deering* for appellants.

*George P. Nicholson*, Corporation Counsel (*Charles J. Druhan* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, ANDREWS and LEHMAN, JJ. Not sitting: CRANE, J.